**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CHELSEA TECHNOLOGIES, INC.,**<br>**188 Log Canoe Circle,**<br>**Stevensville, Maryland 21666,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CHELSEA TECHNOLOGIES GROUP, CHELSEA TECHNOLOGIES LTD., CHELSEA INSTRUMENTS LTD., CHELSEA ENVIRONMENTAL LTD., and MARINE ACCOUSTICS LTD., all with offices at 55 Central Avenue, West Molesey, Surrey KTB 2QZ, UNITED KINGDOM,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No.______________**<br><br>**Removed from:**<br>**Superior Court of the District of Columbia**<br>**Civil Action No. 0005182-06** |

**DEFENDANTS' NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1441, Defendants Chelsea Technologies Group, Chelsea Technologies Ltd., Chelsea Instruments Ltd., Chelsea Environmental Ltd., and Marine Acoustics Ltd. (collectively "Defendants"), by counsel, hereby file this Notice of Removal of the instant action from the Superior Court of the District of Columbia. As grounds for removal Defendants state as follows:

1. Plaintiff Chelsea Technologies, Inc. commenced this action, styled *Chelsea Technologies, Inc. v. Chelsea Technologies Group, Chelsea Technologies Ltd., Chelsea Instruments Ltd., Chelsea Environmental Ltd., and Marine Acoustics Ltd.* by filing a Verified Complaint ("Complaint") in the Superior Court of the District of Columbia, Civil Action No. 0005182-06, on July 7, 2006.

2. None of the Defendants was served or received a copy of the Complaint before July 20, 2006. All Defendants received, through service or otherwise, a copy of the Complaint, with an individual Summons and the same Initial Order, on July 20, 2006, in the United Kingdom. No Defendant has been served with or received any other process, pleadings or orders. Copies of all process, pleadings and orders received by or served upon the Defendants are attached hereto as Exhibit A. Only one copy of each of the Complaint and the Initial Order is included, since each Defendant received a substantively identical copy of each (the only difference being the placements of the date-stamp and the case number stamp on the different copies of the Complaint).

3. This Notice of Removal is timely, having been filed within thirty (30) days of the Defendants' receipt, through service or otherwise, of the Complaint.

4. Defendants hereby exercise their rights under 28 U.S.C. § 1441(b) to remove this action from the Superior Court of the District of Columbia. Removal is proper because, as outlined below, this Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1331 *et seq*. The parties' citizenship is diverse and the amount in controversy exceeds $75,000 exclusive of costs and interest.

5. As of July 7, 2006, Plaintiff's Complaint includes four separate counts: breach of contract, quantum meruit, common-law fraud, and intentional interference with business opportunity. Without quantifying the damages it seeks, in three of the counts (breach of contract, quantum meruit and interference with business opportunity) Plaintiff alleges that it has suffered damages or is entitled to compensation which shall be established with specificity at time of trial. *See* Complaint ¶¶ 20, 23, 29. In the other count (common-law fraud), Plaintiff claims that it has suffered "substantial damages" which will be established with specificity at trial. *See id.* ¶ 26.

Plaintiff contends that it is owed a ten percent (10%) commission (which would be $44,550) on a

$445,500 order it claims to have obtained for Defendants, *see* Complaint ¶ 14, and also asserts

that it has "developed other prospective purchasers" which "could realize millions of dollars in

new business" for Defendants. *See id.* ¶ 15. Commissions of ten percent on the allegedly

developed purchasers and new business, and Plaintiff's damages, if proven, would far exceed

$75,000.

      6.     In addition to seeking actual damages, Plaintiff seeks punitive damages on

unspecified claims. *See* Complaint § VI. Taken together, the causes of action alleged in

Plaintiff's Complaint demonstrate that the amount in controversy in this matter exceeds the

$75,000 jurisdictional requirement. Notwithstanding the foregoing, Defendants deny any

wrongdoing or liability.

      7.     As of July 7, 2006, Plaintiff Chelsea Technologies, Inc. was a Maryland

corporation with its principal place of business in Stevensville, Maryland. *See id.* ¶ 1.

      8.     As of July 7, 2006, each Defendant was a corporate entity organized under the

laws of the United Kingdom with its principal place of business in West Molesey, Surrey, United

Kingdom.

      9.     Promptly after filing of this Notice of Removal, Defendants will provide a Notice

of Filing of Notice of Removal and a copy of this Notice of Removal to counsel for Plaintiff and

file the same with the Clerk of the Superior Court of the District of Columbia pursuant to 28

U.S.C. § 1446(d).

     WHEREFORE, Defendants Chelsea Technologies Group, Chelsea Technologies Ltd.,

Chelsea Instruments Ltd., Chelsea Environmental Ltd., and Marine Acoustics Ltd., respectfully

remove the above-captioned action.

Respectfully submitted,

Dated: August 9, 2006

Allen V. Farber (No. 912865)
James A. Barker, Jr. (No. 410974)
Rebecca A. Hirselj (No. 478239)
Gardner Carton & Douglas, LLP
1301 K Street, N.W.
Suite 900, East Tower
Washington, D.C. 20005
Telephone: (202) 230-5000

Counsel for Defendants
Chelsea Technologies Group, Chelsea Technologies Ltd., Chelsea Instruments Ltd., Chelsea Environmental Ltd., and Marine Acoustics Ltd.

# EXHIBIT A

CA Form 1

# Superior Court of the District of Columbia

**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Room JM-170**
**Washington, D.C. 20001 Telephone: 879-1133**

[illegible]
[illegible]
[illegible], Maryland [illegible]
U.S.A.

*Plaintiff*

vs.

Civil Action No. ______________ [illegible stamped number]

[illegible] GROUP
55 [illegible] Avenue
West Molesey, Surrey [illegible]
UNITED KINGDOM

*Defendant*

To be served in the manner prescribed by the law of the United Kingdom

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

[illegible]
Name of Plaintiff's Attorney

[illegible] Street, N.W., Suite [illegible]
Address
Washington, D.C. [illegible]

[illegible]
Telephone

By ______________________
Deputy Clerk

Date ______________________

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (624-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

CA Form 1

# Superior Court of the District of Columbia

**CIVIL DIVISION**

**500 Indiana Avenue, N.W., Room JM-170**

**Washington, D.C. 20001 Telephone: 879-1133**

[illegible], INC.
[illegible]
[illegible], Maryland [illegible]
U.S.A.

*Plaintiff*

vs.

Civil Action No. [illegible]

[illegible] TECHNOLOGIES LTD.
[illegible]
[illegible], Surrey [illegible]
UNITED KINGDOM

*Defendant*

To be served in the manner prescribed by the law of the United Kingdom.

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

[illegible]
Name of Plaintiff's Attorney

[illegible] Street, N.W., Suite [illegible]
Address
Washington, D.C. [illegible]

[illegible]
Telephone

By [signature]
Deputy Clerk

Date [illegible]

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

**NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.**

CV(6)-456/May 03

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (624-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

CA Form 1

# Superior Court of the District of Columbia

CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

[illegible]

Plaintiff

vs.

Civil Action No. ____________

[illegible]

Defendant

[illegible]

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Clerk of the Court

Name of Plaintiff's Attorney

Address

Telephone

By ____________ Deputy Clerk

Date ____________

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (624-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

CA Form 1

# Superior Court of the District of Columbia

**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Room JM-170**
**Washington, D.C. 20001 Telephone: 879-1133**

CHELSEA TECHNOLOGIES, INC.
188 Log Canoe Circle
Stevensville, Maryland 21666
U.S.A.

*Plaintiff*

vs.

Civil Action No. 0005152-06

CHELSEA ENVIRONMENTAL LTD.
55 Central Avenue
West Molesey, Surrey KT8 2QZ
UNITED KINGDOM

*Defendant*

To be served in the manner prescribed
by the law of the United Kingdom.

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Kenneth A. Lazarus
Name of Plaintiff's Attorney

1850 M Street, N.W., Suite 400
Address
Washington, D.C. 20036

(202) 457-0380
Telephone

By ______ Deputy Clerk

Date ______

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

**NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.**

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (624-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

CA Form 1

# Superior Court of the District of Columbia

**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Room JM-170**
**Washington, D.C. 20001 Telephone: 879-1133**

[illegible] TECHNOLOGIES, INC.
[illegible] Circle
[illegible], Maryland [illegible]
U.S.A.

*Plaintiff*

vs.

Civil Action No. [illegible]

MARINE ACOUSTICS LTD.
55 Central Avenue
West Molesey, Surrey [illegible]
UNITED KINGDOM

*Defendant*

To be served in the manner prescribed by the law of the United Kingdom.

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

[illegible] A. [illegible]
Name of Plaintiff's Attorney

[illegible] Street, N.W., Suite [illegible]
Address

Washington, D.C. [illegible]

(202) [illegible]
Telephone

By [illegible]
Deputy Clerk

Date [illegible]

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, ***DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.***

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (624-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

RECEIVED
Civil Clerk's Office
JUL 0 7 2006
Superior Court of the
District of Columbia
Washington, D.C.

**CHELSEA TECHNOLOGIES, INC.,**
188 Log Canoe Circle
Stevensville, Maryland 21666,

*Plaintiff,*

v.

**CHELSEA TECHNOLOGIES GROUP,**
**CHELSEA TECHNOLOGIES LTD.,**
**CHELSEA INSTRUMENTS LTD,**
**CHELSEA ENVIRONMENTAL LTD.**
**and MARINE ACCOUSTICS LTD.,**
55 Central Avenue, West Molesey
Surrey KTB 2QZ, UNITED KINGDOM,

*Defendants.*

CIVIL ACTION NO. 0005182-06

**VERIFIED COMPLAINT**
**[JURY DEMAND]**

Plaintiff Chelsea Technologies, Inc. ("Chelsea US"), by counsel, in accordance with Rule 3 of the Superior Court Rules of Civil Procedure, for its causes of action against Defendant Chelsea Technologies Group, an unincorporated association, and individual corporate Defendants Chelsea Technologies Ltd., Chelsea Instruments Ltd., Chelsea Environmental Ltd and Marine Acoustics Ltd. (collectively "Chelsea UK") states as follows:

## I. PARTIES

1. Plaintiff Chelsea US is a corporation, organized and operated under the laws of the State of Maryland and engaged in the business of marketing and selling marine and other equipment to governmental and private entities. Chelsea US maintains its principle place of business at 188 Log Canoe Circle, Stevensville, Maryland 21666.

2. Defendant Chelsea UK, an unincorporated association, includes the above-

named privately-held corporate Defendants which are organized and operated under a common management group, in accordance with the laws of the United Kingdom. Defendants are engaged in the manufacture and distribution of marine, environmental, electrical and other equipment to governmental and private entities. All Defendants maintain their offices and manufacturing facilities at 55 Central Avenue, West Molesey, Surrey KT8 2QZ, in the United Kingdom.

## II. JURISDICTION

3. This Court has jurisdiction over the subject matter alleged herein pursuant to the general civil jurisdiction conferred by Section 11-921 of the District of Columbia Code.

4. This Court has personal jurisdiction over Defendants pursuant to the District of Columbia "long-arm statute", Section 13-423 of the District of Columbia Code, inasmuch as Defendants have transacted business and caused certain tortious injury within the District of Columbia and otherwise maintained "minimum contacts" here, consistent with the full reach of the United States Constitution for the exercise of personal jurisdiction over Defendants by this Court.

## III. SERVICE OF PROCESS

5. Personal service upon Defendants shall be made outside the District of Columbia, in accordance with Rule 4 of the Superior Court rules of Civil Procedure, by means authorized by the Hague Convention on the Service Abroad of Judicial and Extra-judicial Documents or in the manner prescribed by the law of the United Kingdom for service in that country in an action in any of its courts of general jurisdiction.

PAGE 5/15 * RCVD AT 8/9/2006 10:57:56 AM [Eastern Daylight Time] * SVR:DCRFAX02/0 * DNIS:5366 * CSID:01483306327 * DURATION (mm-ss):05-38

## IV. ALLEGATIONS

6. Chelsea US was originally retained by Chelsea UK in July 2003 as Chelsea UK's commercial and military sales representative in North and South America. The representation agreement was entered into between Timothy J. Gale, President of Chelsea US, and Dr. Brian Phillips, Managing Director of Chelsea UK. The office of "managing director" is the British equivalent of "president," the chief executive officer of a corporate entity.

7. The July 2003 agreement authorized Chelsea US to serve as the seller of Chelsea UK's products within the designated geographic area in exchange for specified commissions and/or sales discounts.

8. In furtherance of the representation agreement referenced *supra* and at the request of Chelsea UK, Chelsea US employed Andrea Zappe, resident in Canada as a commercial sales agent, also commencing July 2003. Ms. Zappe was earlier employed by Chelsea UK's previous commercial representative in Canada.

9. Dr. Richard Burt, an officer of Chelsea UK, was detailed to the United States by Chelsea UK in support of early marketing activities by Chelsea US. Mr. Gale soon became aware that Dr. Burt and Ms. Zappe were engaged in a personal affair which interfered with Ms. Zappe's professional responsibilities to Chelsea US and Chelsea UK's contractual obligations to Chelsea US.

10. Chelsea UK failed to adequately support its representation agreement with Chelsea US. Dr. Phillips, Dr. Burt and Ms. Zappe repeatedly failed in their professional responsibilities to Chelsea US. Mr. Gale and Will Pavry, agent of Chelsea US in London, repeatedly pressed Dr. Phillips to improve the situation, all to no avail.

PAGE 6/15 * RCVD AT 8/9/2006 10:57:56 AM [Eastern Daylight Time] * SVR:DCRFAX02/0 * DNIS:5366 * CSID:01483306327 * DURATION (mm-ss):05-38

11. The July 2003 commercial representation agreement between the parties was terminated by Dr. Phillips on behalf of Chelsea UK on or about July 27, 2005. However, at or about the same time, Dr. Phillips indicated to Mr. Gale that he wanted to correct the situation and enter into a new agreement between Chelsea US and Chelsea UK.

12. On July 27, 2005, representatives of Chelsea US and Chelsea UK met in London and formulated a tentative agreement whereby Chelsea US would represent Chelsea UK with respect to a range of projects in North and South America and Chelsea UK would pay Chelsea US a fixed commission and/or discount on all orders within the territory. Attached hereto at **Tab 1** is an e-mail transmission from Dr. Burt to Mr. Gale which identifies the range of products included within the agreement.

13. On October 19, 2005, Dr. Phillips and Dr. Burt met with Mr. Gale in Washington, D.C. and, following a series of meetings with government officials and prospective purchasers, arranged by Chelsea US, final agreement was reached on a new representation agreement between Chelsea US and Chelsea UK. The agreement incorporated the elements earlier agreed in London and provided that the fixed commission and/or discount granted to Chelsea US would be ten percent (10%) of order price. The parties reached a meeting of the minds and agreed that the oral agreement was immediately in effect, to be reduced to writing at some convenient time early in the following year.

14. Thereafter, Chelsea US continued to pursue projects on behalf of Chelsea UK, pursuant to the agreement reached in Washington, D.C. Such efforts resulted in a firm order placed with Chelsea UK by EDO Corporation through the offices of Chelsea US. See copy of Purchase order dated February 21, 2006, in the amount of $445,500.00, attached hereto at **Tab 2**.

15. Pursuant to the agreement described *supra*., Chelsea US has also developed other prospective purchasers on behalf of Chelsea UK. All told, Chelsea UK could realize millions of dollars in new business as a result of the efforts of Chelsea US.

16. With the cooperation and assistance of officers of Chelsea UK, Ms. Zappe has breached her responsibilities to Chelsea US and has been terminated. In recent months, Dr. Phillips and Dr. Burt have refused to honor their contractual responsibilities to Chelsea US.

17. On April 11, 2006, Dr. Burt informed Mr. Gale that he and Dr. Phillips would be in Washington, D.C. on April 26, 2006 and would like to meet with him at that time.. Dr. Phillips failed to attend the meeting but Dr. Burt did attend and, at that time, he informed Mr. Gale that Chelsea UK did not intend to carry through on the agreement struck in Washington, D.C. on October 19, 2005, as described *supra*.

## V. CAUSES OF ACTION

**<u>First Cause of Action: Breach of Contract</u>**

18. Plaintiff incorporates herein paragraphs 1-17 as though repeated in their entirety.

19. Chelsea UK entered into a lawful oral contract with Chelsea US in Washington, D.C. on October 19, 2006.

20. Chelsea UK has breached its contract with Chelsea US and, as a result of such breach, Chelsea US has suffered damages in an amount which shall be established with specificity at time of trial.

**Second Cause of Action: *Quantum Meruit***

21. Plaintiff incorporates herein paragraphs 1-20 as though repeated in their

entirety.

22. Chelsea US has by its labors provided substantial financial benefit to Chelsea UK under circumstances which made clear to Chelsea UK that it expected to be paid for its substantial services.

23. Chelsea US is entitled to be compensated for the services it provided to Chelsea UK in an amount which shall be established with specificity at time of trial.

**Third Cause of Action: Common-Law Fraud**

24. Plaintiff incorporates herein paragraphs 1-23 as though repeated in their entirety.

25. Chelsea UK, by its officers and agents, entered into the agreement with Chelsea US with fraudulent intent to later renege on its commitments. Chelsea US relied to its detriment on Chelsea UK's representations that Chelsea US would be compensated for its efforts in obtaining valuable business for Chelsea UK .

26. As a result of the fraud perpetrated upon it by Chelsea UK, Chelsea US has suffered substantial damages in an amount which shall be established with specificity at time of trial.

**Fourth Cause of Action: Interference With Business Opportunity**

27. Plaintiff incorporates herein paragraphs 1-26 as though repeated in their entirety

28. Chelsea UK, by its officers and agents, have unlawfully interfered with business opportunities available to Plaintiff.

29. As a result of Defendant Chelsea UK's unlawful interference with business

opportunities, Chelsea US has suffered damages in an amount which shall be established with specificity at time of trial.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in its favor and against Defendants for breach of contract, *quantum meruit,* common-law fraud and the tort of interference with business opportunity, for damages, interest, costs and such other relief as the Court may deem just and appropriate in the circumstances. Inasmuch as Defendant has acted in reckless disregard of Plaintiff's interests, Plaintiff also seeks the imposition of punitive damages by the Court.

## VII. VERIFICATION

I, TIMOTHY J. GALE, President of Plaintiff, Chelsea Technologies, Inc., verify under penalty of perjury that the factual representations set forth in the foregoing Verified Complaint are true and accurate to the best of my knowledge, information and belief.

TIMOTHY J. GALE
President
Chelsea Technologies, Inc.

## VIII. JURY DEMAND

In accordance with Rule 38 of the Civil Rules for the Superior Court of the District of Columbia, Plaintiff demands a trial by jury of all issues so triable as a matter of law.

PAGE 10/15 * RCVD AT 8/9/2006 10:57:56 AM [Eastern Daylight Time] * SVR:DCRFAX02/0 * DNIS:5366 * CSID:01483306327 * DURATION (mm-ss):05-38

Date: July 7, 2006

Respectfully submitted,

Kenneth A. Lazarus (D.C. Bar No. 232926)
LAZARUS & ASSOCIATES
1850 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 457-0380
Facsimile: (202) 452-1822
E-mail: Lazaruslaw@aol.com

From: Richard Burt <rburt@chelsea.co.uk>
To: 'Tim Gale' <tgale@shipequip.com>
Date: 7/28/2005 11:23:47 AM
Subject: Projects etc

Tim

I have been through the projects and these are the status of each:

Sonar 2115
After the briefing in San Diego the PowerPoint presentation I gave was circulated by Kim Koehler (SPAWAR) to other groups who sit on the submarine vulnerability committee. He /we received feedback from Mark L. Geiger, Director, Marine Optics Division (N35), Naval Oceanographic Office at Stennis picking up on the bioluminescence theme. In January this year we received an enquiry from Jerry Bird at Stennis. He was interested in two areas. First he would like to compare the Chelsea instrument with his ship mounted environmental monitoring systems (bioluminescence, temperature, conductivity and fluorescence). The Naval Oceanographic Office (NAVOCEANO) has 7 survey ships and up to 14 auxiliary survey boats). Secondly, he would like to look into the possibility of including 2115 in a large, deep diving unmanned underwater vehicle.
We identified the UK / USA International exchange programme points of contact in each country. In the US it is Jerry Leone and Claire in the UK.
Way ahead - contact needs to be made with Kim Koehler (Kim.Koehler@navy.mil), Mark Geiger (geigerm@navo.navy.mil) and Jerry Bird (birdj@navo.navy.mil) on the latest position. Kim will also be able to confirm the contacts in DC for the next briefing that he was keen on pursuing. Also the Canadian situation needs clarifying with Bob Bush (Bush.Re@forces.gc.ca).
I have left a voice mail message with John Fay explaining that I would like to brief him on 2115.

EDO PERS
The action is on CTG to provide you with our payment / revenue plan. We have a meeting on this tomorrow morning and I will have this to you by email on Friday 29th.

FRRF2 / Homeland Security
We are due to deliver the 5 prototype systems to Langley in October / November. He has designated two of these for the USA (USEPA and Janet Jensen). They should receive them December / January. I have written to Langley's office asking for his US points of contact for passing on to you. The dates for a possible visit to CTG by Langley and his US DoD contacts is 12-13 October. At the present time the key activity is to lay plans ahead of the evaluation programme. Also to float the idea that Janet et al consider purchasing additional units for themselves to supplement the units to be loaned from Langley.

Other projects
Looking at the prospects for US projects on my system I have closed several but we can keep open, at a low level:

Covelia for Bluefin and Remus vehicles
Ballast Water Treatment

Misc.
We talked about the MOD outsourcing its underwater systems research. The members of the QinetiQ consortium are:

- QinetiQ
- Thales Underwater Systems
- SEA
- Roke Manor Research
- BAE (Insyte)
- Kaon
- Drumgrange
- Tenet
- Chelsea Technologies
- Nautronix
- ISVR
- UCL
- Imperial College
- University of Birmingham
- University of Bath
- Loughborough University
- Heriot-Watt University
- National Oceanography Centre

The companies who have shown an interest in heading consortia are:
QinetiQ
Devonport Royal Dockyard
Advantage Technical Consulting
BAE Systems (Underwater Systems Division)
Subsea 7 (UK)
Frazer-Nash
J&S Marine
Detica
CSIP Ltd
National Physical Laboratory
Ultra Electronics

Hope you have a safe trip back.

Richard

Richard Burt
Sales and Marketing Director
Chelsea Technologies Group
55 Central Avenue
West Molesey
Surrey KT8 2QZ
UK
Tel +44 (0)20 8481 9042
Fax +44 (0)20 8941 9319
Email: RBurt@chelsea.co.uk
www.chelsea.co.uk

This email may contain confidential material. If you have receive it in

 1801 SARA DR., SUITE E, CHESAPEAKE, VA 23320
757-424-1004 FAX 757-424-1602
E-MAIL: Purchasing@edocombat.com

# PURCHASE ORDER

P.O. #: 060020
G/L #: IS04-025-46 00

PAGE 1 OF 1

CHANGE # 1 02/21/06

ORDER TO: Chelsea Technologies, Inc
188 Log Canoe Circle
Stevensville MD 21666

SHIP TO: EDO CORP - COMBAT SYSTEMS
1801-E SARA DRIVE
CHESAPEAKE, VIRGINIA 233

CONTACT: Cheryl Zimmer
PHONE: 410-643-7503
FAX: 410-643-6437

DELIVER TO: J. LUCKEY

| P.O. NO. | P.O. DATE | BUYER | VENDOR NO. | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| 060020 | 02/03/06 | DOWLING, K | C18666 | NET 45 | |

| ITEM NUMBER | DESCRIPTION | REQ. DEL. | QTY. | UNIT COST | EXT. COST |
|---|---|---|---|---|---|
| *** INSTRUCTIONS: *** ****CHANGE ORDER 1 ISSUED TO RESTRUCTURE PURCHASE ORDER**** *** | | | | | |
| 001. | CHELSEA TECHNOLOGIES INC. SHALL PROVIDE AN ECHO REPEATER ACOUSTIC SOURCE (ERAS) IN ACCORDANCE WITH EDO TECHNICAL SPEC, EDO REPORT 051123 AND THE ATTACHED (REVISED) STATEMENT OF WORK. PAYMENT SCHEDULE IS CHANGED TO ALLOW PAYMENT ON DELIVERY ************************ | 08/05/06 | 0.00 /SV | 0.0000 | 445500.00 |

NOTES: OVERSHPMTS NOT ACCEPTED, QC INSPECTION REQUIRED.

TOTAL 445,500.00

TAX EXEMPT CERTIFICATE NUMBER: 0003597040

Authorized Signature



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

CHELSEA TECHNOLOGIES INC
Vs.
CHELSEA TECHNOLOGIES GROUP

C.A. No. 2006 CA 005182 B

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge MAURICE ROSS
Date: July 7, 2006
Initial Conference: 9:30 am, Friday, October 06, 2006
Location: Courtroom B-52
409 E Street, NW
WASHINGTON, DC 20001

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Removal was served by first-class mail, postage prepaid, this 9th day of August, 2006, upon Kenneth A. Lazarus, Lazarus & Associates, 1850 M Street, N.W., Suite 400, Washington, D.C. 20036, counsel for Plaintiff.

Rebecca A. Hirselj

DC01/ 510697.3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHELSEA TECHNOLOGIES, INC., 188 Log Canoe Circle, Stevensville, Maryland 21666,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No._______________** |
| **CHELSEA TECHNOLOGIES GROUP, CHELSEA TECHNOLOGIES LTD., CHELSEA INSTRUMENTS LTD., CHELSEA ENVIRONMENTAL LTD., and MARINE ACOUSTICS LTD., all with offices at 55 Central Avenue, West Molesey, Surrey KTB 2QZ, UNITED KINGDOM,** | **Removed from: Superior Court of the District of Columbia Civil Action No. 0005182-06** |
| **Defendants.** | |

**CERTIFICATE REQUIRED BY LCvR 7.1**

I, the undersigned, counsel of record for Defendant Chelsea Technologies Group, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Defendant Chelsea Technologies Group, which have any outstanding securities in the hands of the public: none.

These representations are made in order that judges of this Court may determine the need for recusal.

Attorney of record

[signature]

James A. Barker, Jr. (No. 410974)
Rebecca A. Hirselj (No. 478239)
Gardner, Carton & Douglas LLP
Suite 900, East Tower
301 K Street, N.W.
Washington, D.C. 20005
(202) 230-5000

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHELSEA TECHNOLOGIES, INC.,**<br>**188 Log Canoe Circle,**<br>**Stevensville, Maryland 21666,**<br><br>**Plaintiff,**<br><br>**v.** | |
| **CHELSEA TECHNOLOGIES GROUP, CHELSEA TECHNOLOGIES LTD., CHELSEA INSTRUMENTS LTD., CHELSEA ENVIRONMENTAL LTD., and MARINE ACOUSTICS LTD., all with offices at 55 Central Avenue, West Molesey, Surrey KTB 2QZ, UNITED KINGDOM,**<br><br>**Defendants.** | **Civil Action No._______________**<br><br>**Removed from:**<br>**Superior Court of the District of Columbia**<br>**Civil Action No. 0005182-06** |

**CERTIFICATE REQUIRED BY LCvR 7.1**

I, the undersigned, counsel of record for Defendant Chelsea Technologies Ltd., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Defendant Chelsea Technologies Ltd., which have any outstanding securities in the hands of the public: none.

These representations are made in order that judges of this Court may determine the need for recusal.

Attorney of record

James A. Barker, Jr. (No. 410974)
Rebecca A. Hirselj (No. 478239)
Gardner, Carton & Douglas LLP
Suite 900, East Tower
301 K Street, N.W.
Washington, D.C. 20005
(202) 230-5000

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**CHELSEA TECHNOLOGIES, INC.,**
**188 Log Canoe Circle,**
**Stevensville, Maryland 21666,**

**Plaintiff,**

**v.**

**CHELSEA TECHNOLOGIES GROUP, CHELSEA TECHNOLOGIES LTD., CHELSEA INSTRUMENTS LTD., CHELSEA ENVIRONMENTAL LTD., and MARINE ACOUSTICS LTD., all with offices at 55 Central Avenue, West Molesey, Surrey KTB 2QZ, UNITED KINGDOM,**

**Defendants.**

**Civil Action No._______________**

**Removed from:**
**Superior Court of the District of Columbia**
**Civil Action No. 0005182-06**

**CERTIFICATE REQUIRED BY LCvR 7.1**

I, the undersigned, counsel of record for Defendant Chelsea Instruments Ltd., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Defendant Chelsea Instruments Ltd., which have any outstanding securities in the hands of the public: none.

These representations are made in order that judges of this Court may determine the need for recusal.

Attorney of record

James A. Barker, Jr. (No. 410974)
Rebecca A. Hirselj (No. 478239)
Gardner, Carton & Douglas LLP
Suite 900, East Tower
301 K Street, N.W.
Washington, D.C. 20005
(202) 230-5000

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**CHELSEA TECHNOLOGIES, INC.,**
**188 Log Canoe Circle,**
**Stevensville, Maryland 21666,**

**Plaintiff,**

**v.**

**CHELSEA TECHNOLOGIES GROUP, CHELSEA TECHNOLOGIES LTD., CHELSEA INSTRUMENTS LTD., CHELSEA ENVIRONMENTAL LTD., and MARINE ACOUSTICS LTD., all with offices at 55 Central Avenue, West Molesey, Surrey KTB 2QZ, UNITED KINGDOM,**

**Defendants.**

**Civil Action No._______________**

**Removed from:**
**Superior Court of the District of Columbia**
**Civil Action No. 0005182-06**

**CERTIFICATE REQUIRED BY LCvR 7.1**

I, the undersigned, counsel of record for Defendant Chelsea Environmental Ltd., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Defendant Chelsea Environmental Ltd., which have any outstanding securities in the hands of the public: none.

These representations are made in order that judges of this Court may determine the need for recusal.

Attorney of record

James A. Barker, Jr. (No. 410974)
Rebecca A. Hirselj (No. 478239)
Gardner, Carton & Douglas LLP
Suite 900, East Tower
301 K Street, N.W.
Washington, D.C. 20005
(202) 230-5000

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHELSEA TECHNOLOGIES, INC.,**<br>**188 Log Canoe Circle,**<br>**Stevensville, Maryland 21666,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CHELSEA TECHNOLOGIES GROUP, CHELSEA TECHNOLOGIES LTD., CHELSEA INSTRUMENTS LTD., CHELSEA ENVIRONMENTAL LTD., and MARINE ACOUSTICS LTD., all with offices at 55 Central Avenue, West Molesey, Surrey KTB 2QZ, UNITED KINGDOM,**<br><br>**Defendants.** | **Civil Action No._______________**<br><br>**Removed from:**<br>**Superior Court of the District of Columbia**<br>**Civil Action No. 0005182-06** |

**CERTIFICATE REQUIRED BY LCvR 7.1**

I, the undersigned, counsel of record for Defendant Marine Accoustics Ltd., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Defendant Marine Accoustics Ltd., which have any outstanding securities in the hands of the public: none.

These representations are made in order that judges of this Court may determine the need for recusal.

Attorney of record

James A. Barker, Jr. (No. 410974)
Rebecca A. Hirselj (No. 478239)
Gardner, Carton & Douglas LLP
Suite 900, East Tower
301 K Street, N.W.
Washington, D.C. 20005
(202) 230-5000