



**FILED**

AUG − 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHELSEA TECHNOLOGIES, INC.,**<br>**188 Log Canoe Circle,**<br>**Stevensville, Maryland 21666,**<br><br>   **Plaintiff,**<br><br>**v.**<br><br>**CHELSEA TECHNOLOGIES GROUP,**<br>**CHELSEA TECHNOLOGIES LTD.,**<br>**CHELSEA INSTRUMENTS LTD., CHELSEA**<br>**ENVIRONMENTAL LTD., and MARINE**<br>**ACOUSTICS LTD., all with offices at**<br>**55 Central Avenue, West Molesey, Surrey KTB**<br>**2QZ, UNITED KINGDOM,**<br><br>   **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NUMBER 1:06CV01414

JUDGE: Reggie B. Walton

DECK TYPE: Contract

DATE STAMP: 08/09/2006

Civil Action No. 0005182-06

### CERTIFICATE REQUIRED BY LCvR 7.1

  I, the undersigned, counsel of record for Defendant Chelsea Technologies Group, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Defendant Chelsea Technologies Group, which have any outstanding securities in the hands of the public: none.

  These representations are made in order that judges of this Court may determine the need for recusal.

Attorney of record

James A. Barker, Jr. (No. 410974)
Rebecca A. Hirselj (No. 478239)
Gardner, Carton & Douglas LLP
Suite 900, East Tower
301 K Street, N.W.
Washington, D.C. 20005
(202) 230-5000

2