UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG - 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| CHELSEA TECHNOLOGIES, INC., <br> 188 Log Canoe Circle, <br> Stevensville, Maryland 21666, <br><br> Plaintiff, <br><br> v. <br><br> CHELSEA TECHNOLOGIES GROUP, <br> CHELSEA TECHNOLOGIES LTD., <br> CHELSEA INSTRUMENTS LTD., CHELSEA <br> ENVIRONMENTAL LTD., and MARINE <br> ACOUSTICS LTD., all with offices at <br> 55 Central Avenue, West Molesey, Surrey KTB <br> 2QZ, UNITED KINGDOM, <br><br> Defendants. | CASE NUMBER  1:06CV01414 <br><br> JUDGE: Reggie B. Walton <br><br> DECK TYPE: Contract <br><br> DATE STAMP: 08/09/2006 |

## CERTIFICATE REQUIRED BY LCvR 7.1

I, the undersigned, counsel of record for Defendant Chelsea Environmental Ltd., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Defendant Chelsea Environmental Ltd., which have any outstanding securities in the hands of the public: none.

These representations are made in order that judges of this Court may determine the need for recusal.

Attorney of record

*/s/ James A. Barker, Jr.*

James A. Barker, Jr. (No. 410974)
Rebecca A. Hirselj (No. 478239)
Gardner, Carton & Douglas LLP
Suite 900, East Tower
301 K Street, N.W.
Washington, D.C.  20005
(202) 230-5000