UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG - 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CHELSEA TECHNOLOGIES, INC., )
188 Log Canoe Circle, )
Stevensville, Maryland 21666, )
)
        Plaintiff, )
)
v. )
)
CHELSEA TECHNOLOGIES GROUP, )
CHELSEA TECHNOLOGIES LTD., )
CHELSEA INSTRUMENTS LTD., CHELSEA )
ENVIRONMENTAL LTD., and MARINE )
ACOUSTICS LTD., all with offices at )
55 Central Avenue, West Molesey, Surrey KTB )
2QZ, UNITED KINGDOM, )
)
        Defendants. )

CASE NUMBER 1:06CV01414
JUDGE: Reggie B. Walton
DECK TYPE: Contract
DATE STAMP: 08/09/2006

**CERTIFICATE REQUIRED BY LCvR 7.1**

I, the undersigned, counsel of record for Defendant Marine Accoustics Ltd., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Defendant Marine Accoustics Ltd., which have any outstanding securities in the hands of the public: none.

These representations are made in order that judges of this Court may determine the need for recusal.

                                              Attorney of record

                                              /s/ James A. Barker
                                              James A. Barker, Jr. (No. 410974)
                                              Rebecca A. Hirselj (No. 478239)
                                              Gardner, Carton & Douglas LLP
                                              Suite 900, East Tower
                                              301 K Street, N.W.
                                              Washington, D.C. 20005
                                              (202) 230-5000