UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHELSEA TECHNOLOGIES, INC.,** : | |
| : | CASE NO. 1:06CV01414 (RBW) |
| *Plaintiff,* : | |
| : | [JUDGE REGGIE B. WALTON] |
| v : | |
| : | **CERTIFICATE OF PLAINTIFF'S** |
| **CHELSEA TECHNOLOGIES** : | **COUNSEL REQUIRED BY** |
| **GROUP, ET AL.,** : | **LOCAL RULE LCvR 7.1** |
| : | |
| *Defendants.* : | |

The undersigned counsel of record for Plaintiff, Chelsea Technologies, Inc., certifies to the Court that said Plaintiff does not have any parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine any need for recusal in the case.

Respectfully submitted,

s/ Kenneth A. Lazarus_____
Kenneth A. Lazarus (D.C. Bar No. 232926)
LAZARUS & ASSOCIATES
Counsel of Record for Plaintiff
1850 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 457-0380
Facsimile: (202) 452-1822
E-mail: Lazaruslaw@aol.com