UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHELSEA TECHNOLOGIES, INC.** | : |
| | : CASE NO. 1:06CV01414 (RBW) |
| *Plaintiff,* | : |
| | : [JUDGE REGGIE B. WALTON] |
| v. | : |
| | : REPORT OF PARTIES' |
| **CHELSEA TECHNOLOGIES GROUP, ET AL.,** | : PLANNING MEETING |
| | : |
| *Defendants.* | : |

1. **Meeting Held**. Pursuant to Rule 26 (f) of the Federal Rules of Civil Procedure and Local Civil Rule 16.3, a meeting was held by Kenneth A. Lazarus, counsel for Plaintiff, and Allen V. Farbar, counsel for Defendants, on August 25, 2006, supplemented by subsequent discussions between said counsel.

2. **Pre-Discovery Disclosures**. The parties will exchange by November 20, 2006, the information required by Rule 26 (a) (1) of the Federal Rules of Civil Procedure and Local Civil Rule 26 (2) (a).

3. **Case-Tracking**. The parties recommend that the case be placed on the Standard Tracking System.

4. **Magistrate**. The parties do not consent to have the case assigned to a magistrate judge for all purposes, including trial.

5. **Discovery Plan**. The parties jointly propose to the Court the following discovery plan:

    a. <u>Pending Motion</u>. Defendants' Motion to Dismiss Counts III and IV of the Verified Complaint, filed on August 15, 2006, remains pending and will affect the scope of discovery to be conducted in the case.

  b. <u>Scope of Discovery</u>. The scope of discovery will include Plaintiff's claims and Defendants' defenses. There are no counterclaims presently asserted in the case.

  c. <u>Onset of Discovery</u>. Plaintiff seeks to commence discovery at this time; Defendants do not believe that discovery should commence until after disclosures have been made, after the court has ruled on the pending Motion to Dismiss and after the Court has entered a Scheduling Order. Unless counsel for the parties are able to resolve their differing views in this regard, the issue of when discovery may commence will be brought before the Court. The parties agree that all discovery in the case can be completed within 180 days from its onset.

  d. <u>Interrogatories</u>. The parties agree that the maximum number of interrogatories to be addressed to a party ought not exceed 25.

  e. <u>Depositions</u>. The parties agree that the maximum number of depositions to be taken by Plaintiff and by all Defendants, exclusive of depositions of experts, if any, in the aggregate, is seven (7) per side. No deposition shall exceed seven (7) hours in duration, except by agreement of the parties.

  f. <u>Retained Experts</u>. At this time, neither side contemplates the retention of experts. The Court shall be advised of any change of plans in this regard.

  g. <u>Supplementations</u>. The parties agree to timely supplement their disclosures and responses at approximately 90-day intervals, in accordance with Rule 26 (e) of the Federal Rules of Civil Procedure, to the extent such is required by that Rule.

  6. **Other Items**. The parties report to the Court on additional items, as follows:

    a. <u>Conference</u>. The parties do not request a conference with the Court before entry of a scheduling order.

    b. <u>Dispositive Motions</u>. Motions for Summary Judgment should be due within 30 days from the close of discovery.

    c. <u>Settlement</u>. The parties have discussed settlement but do not believe that any settlement is possible pending the completion of discovery. Similarly, the parties do not believe that ADR would be of any utility at the present time. ADR may be appropriate at a future date and the parties shall so advise the Court if an when appropriate occasion arises.

    d. <u>Pretrial</u>. This case should be ready for pretrial by October 23, 2007 and, at this time, it is anticipated that trial shall take approximately one week.

Date: October 24, 2006

             Respectfully submitted,

| s/ Kenneth A. Lazarus | s/ Alan V. Farber |
|---|---|
| Kenneth A. Lazarus (D.C. Bar # 232926) | Alan V. Farber (D.C. Bar # 912865) |
| LAZARUS & ASSOCIATES | GARDNER CARTON & DOUGLAS |
| Counsel for Plaintiff | Counsel for Defendants |
| 1850 M Street, N.W., Suite 400 | 1301 K Street, N.W., |
| Washington, D.C. 20036 | Suite 900 East |
| Telephone: (202) 457-0380 | Washington, D.C. 20005 |
| Facsimile: (202) 452-1822 | Telephone: (202) 230-5000 |
| E-mail: Lazaruslaw@aol.com | Facsimile: (202) 230-5300 |
| | E-mail: afarber@gcd.com |

```