UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                        )
CHELSEA TECHNOLOGIES, INC.,              )
                                                        )
                    Plaintiff,                        )
                                                        )
          v.                                            )          Civil Action No. 06-1414  (RBW)
                                                        )
CHELSEA TECHNOLOGIES GROUP, et al.,)
                                                        )
                                                        )
                    Defendants.                     )
_____)

**DISCOVERY ORDER**

The parties presented arguments to the Court during a telephone conference on January 5,

2007, in conjunction with the plaintiff's informal request to proceed with discovery pending the

Court's resolution of the defendant's motion to dismiss several counts of the complaint.  In

accordance with the Court's oral rulings issued during the conference call, it is on this 9th day of

January, 2007, hereby

**ORDERED** that the plaintiff may proceed with discovery that relates exclusively to

Counts I (Breach of Contract) and II (Quantum Meruit) of the plaintiff's complaint.  It is further

**ORDERED** that all discovery shall be stayed that relates exclusively to Counts III

(Fraud) and IV (Interference With Business Opportunity) of the plaintiff's complaint pending the

Court's resolution of the defendants' motion to dismiss these claims.  It is further

**ORDERED** that to the extent discovery as to Counts I (Breach of Contract)  and II

(Quantum Meruit) overlaps with Counts III (Fraud) and IV (Interference With Business

Opportunity), counsel shall, if possible, tailor discovery so that it encompasses only Counts I

(Breach of Contract) and II  (Quantum Meruit).  It is further

ORDERED that if the Court ultimately denies the defendants' motion to dismiss as to

Counts III (Fraud) and IV (Interference With Business Opportunity) of the complaint, the

plaintiff shall reimburse the defendant for any expenses it otherwise would not have incurred to

provide discovery to the plaintiff as to Counts III and IV if the plaintiff had delayed its requests

for discovery until the Court resolved the defendant's motion to dismiss.

SO ORDERED.

/s/_____
REGGIE B. WALTON
United States District Judge