UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHELSEA TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1414 (RBW) |
| ) | |
| CHELSEA TECHNOLOGIES GROUP, *et al.*,) | |
| ) | |
| Defendants. ) | |

**ORDER**

In accordance with the Court's rulings in its Memorandum Opinion that shall be issued hereafter, it is hereby

**ORDERED** that the defendants' motion to dismiss Counts III ( common law fraud ) and IV (intentional interference with business opportunity) of the plaintiff's complaint is **GRANTED**.

**SO ORDERED** on this 30th day of March, 2007.

/s/_____
REGGIE B. WALTON
United States District Court Judge