UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHELSEA TECHNOLOGIES, INC.** | CASE NO. 1:06CV01414 (RBW) |
| *Plaintiff,* | [JUDGE REGGIE B. WALTON] |
| v. | |
| **CHELSEA TECHNOLOGIES GROUP, et al.,** | |
| *Defendants.* | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Chelsea Technologies, Inc., by counsel, and Defendants, Chelsea Technologies Group, Chelsea Technologies, Ltd., Chelsea Instruments, Ltd., Chelsea Environmental, Ltd., and Marine Acoustics, Ltd., by counsel, being all the parties who have appeared in this matter, hereby stipulate and agree to dismissal with prejudice of the Complaint herein and all claims set forth therein, with each party to bear its or their own attorney's fees, expenses and costs.

The Clerk of the Court will please enter the foregoing dismissal with prejudice with each party to bear its own attorney's fees, expenses, and costs on the record and docket herein effective as of this date.

Respectfully submitted,

_/s/ Kenneth A. Lazarus_
Kenneth A. Lazarus (D.C. Bar # 232926)
Lazarus & Associates
1850 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 457-0380
Facsimile: (202) 452-1822
E-mail: Lazaruslaw@aol.com

Attorney for Plaintiff

Dated: February 25, 2008

_/s/ Courtney R. Abbott_
Allen V. Farber (D.C. Bar # 912865)
Courtney R. Abbott (D.C. Bar # 488653)
Drinker Biddle & Reath LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005
Telephone: (202) 230-5154
Facsimile: (202) 230-5300
E-mail: Allen.Farber@dbr.com
       Courtney.Abbott@dbr.com

Attorney for Defendants

**APPROVED & SO ORDERED**

_____
Honorable Reggie B. Walton

DC01/ 536893.1